ALBERT BROWN, Respondent, *v.* MANSHUL REALTY CORP., Appellant.

Submitted April 5, 1949; decided April 20, 1949.

*Samuel E. Swiggett* for appellant.

*Herman B. Gerringer, Jacquin Frank* and *William L. Standard* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.